KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
kps@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TSAI-LU SHEN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE LACOUR, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No: 2:19-CV-01564-JAD-VCF<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF TSAI-LU SHEN'S MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FRCP 12(b)(1), FRCP 12(b)(2), FRCP 12(b)(3) AND 12(b)(6) (ECF NO. 81).; MOTION TO STRIKE COUNTERCLAIM PURSUANT TO FRCP 12(f) (ECF NO. 82); AND MOTION FOR A MORE DEFINITIVE STATEMENT ON COUNTERCLAIM PURSUANT TO FRCP 12(e) (ECF NO. 83)**<br><br>ECF No. 93 |
| MICHELLE LACOUR,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>TSAI-LU SHEN,<br><br>　　　　Counterclaim Defendant, | |
| MICHELLE LACOUR,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>JAYSON BAYBUTT and PUBCO REPORTING SOLUTIONS, INC.,<br><br>　　　　Third-Party Defendants. | |

　　　　Pursuant to Local Rule 7-1, Plaintiff/Counterclaim Defendant, Tsai-Lu Shen's, ("Shen"), and Defendant/Counterclaimant Michelle LaCour's ("Defendant" or "LaCour") by and through their counsel of record, hereby stipulate and agree as follows:

1. The hearing on Shen's Motions to (1) dismiss all of the claims for relief in the Counterclaim filed by LaCour, or in the alternative dismiss some of LaCour's claims pursuant to FRCP 12(b)(1) FRCP 12(b)(2) FRCP 12(b)(3), and FRCP 12(b)(6) (ECF No. 81); (2) strike portions of LaCour's Counterclaim pursuant to FRCP 12(f) the Counterclaim (ECF No. 82); and (3) to require a more definite statement from LaCour regarding the Counterclaim, pursuant to FRCP 12(e) (ECF No. 83) scheduled for Telephonic Motion Hearing on January 28, 2021 at 03:00 PM in LV Courtroom 6D before Judge Jennifer A. Dorsey shall be continued.

2. This Stipulation is based upon the fact that Counsel for Shen is unavailable to attend the hearing as currently scheduled and will have no access to a landline to call in, and requests that the hearing be continued until after February 1, 2021 as the Court may hear the Motions.

Respectfully submitted by:
Dated: December 30, 2020

/s/ Kimberly P. Stein
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

Dated: December 30, 2020

/s/John H. Jamnback
JOHN K. GALLAGHER ESQ.
Nevada Bar No. 956
S. TIMOTHY SUMMERS, ESQ.
Nevada Bar No. 12285
PATRICK H. GALLAGHER, ESQ.
Nevada Bar No. 14875
GUILD, GALLAGHER, FULLER, LTD.
100 W. Liberty St., Ste. 800
Reno, Nevada 89501
JOHN H. JAMNBACK, ESQ.
Washington State Bar No. 29872
(*pro hac vice approved*)
YARMUTH LLP
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
*Attorneys for Defendant Michelle LaCour*

**IT IS SO ORDERED** that the hearing on Shen's Motions to (1) dismiss all of the claims for relief in the Counterclaim filed by LaCour, or in the alternative dismiss some of LaCour's claims pursuant to FRCP 12(b)(1) FRCP 12(b)(2) FRCP 12(b)(3), and FRCP 12(b)(6) (ECF No. 81); (2) strike portions of LaCour's Counterclaim pursuant to FRCP

1  12(f) the Counterclaim (ECF No. 82); and (3) to require a more definite statement from
2  LaCour regarding the Counterclaim, pursuant to FRCP 12(e) (ECF No. 83) scheduled for
3  Telephonic Motion Hearing on January 28, 2021 at 03:00 PM in LV Courtroom 6D before
4  Judge Jennifer A. Dorsey is continued **to 2/2/21 at 2 p.m.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 5, 2021