1  KIMBERLY P. STEIN, ESQ.
   Nevada Bar No. 8675
2  kps@fdlawlv.com
   FLANGAS DALACAS LAW GROUP
3  3275 South Jones Boulevard, Suite 105
   Las Vegas, NV 89146
4  Telephone: (702) 307-9500
   *Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TSAI-LU SHEN, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>MICHELLE LACOUR, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No: 2:19-CV-01564-JAD-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND PLAINTIFF TSAI-LU SHEN'S DEADLINE TO FILE ITS RESPONSE TO COUNTERCLAIM**<br>**(ECF NO. 79 AND ECF NO. 109)**<br><br>**(First Request)** |
| MICHELLE LACOUR,<br><br>    Counterclaimant,<br><br>  v.<br><br>TSAI-LU SHEN,<br><br>    Counterclaim Defendant, | |
| MICHELLE LACOUR,<br><br>    Third-Party Plaintiff,<br><br>  v.<br><br>JAYSON BAYBUTT and PUBCO REPORTING SOLUTIONS, INC.,<br><br>    Third-Party Defendants. | |

Pursuant to Local Rule 7-1, Plaintiff/Counterclaim Defendant, Tsai-Lu Shen's, ("Shen"), and Defendant/Counterclaimant Michelle LaCour's ("Defendant" or "LaCour") by and through their counsel of record, hereby stipulate and agree as follows:

1. To continue Plaintiff's deadline to file his response to the remaining Counterclaims, extending extend the deadline from February 16, 2021 to and including March 16, 2021.

2. Plaintiff expressly reserves all defenses or objections to the lawsuit and the right to file additional claims.

3. This Stipulation is based upon the fact that all parties are in settlement discussions and the additional time is necessary for the parties to engage in talks and attempt to finalize a universal settlement.

Respectfully submitted by:

Dated: February 12, 2021

*/s/ Kimberly P. Stein*
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

Dated: February 12, 2021

/s/John H. Jamnback
JOHN K. GALLAGHER ESQ.
Nevada Bar No. 956
S. TIMOTHY SUMMERS, ESQ.
Nevada Bar No. 12285
PATRICK H. GALLAGHER, ESQ.
Nevada Bar No. 14875
GUILD, GALLAGHER, FULLER, LTD.
100 W. Liberty St., Ste. 800
Reno, Nevada 89501
JOHN H. JAMNBACK, ESQ.
Washington State Bar No. 29872
(*pro hac vice approved*)
YARMUTH LLP
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
*Attorneys for Defendant Michelle LaCour*

**IT IS SO ORDERED.**

Dated this 18th day of February, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**