KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
kps@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TSAI-LU SHEN, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHELLE LACOUR, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>　　　　Defendants. | Case No: 2:19-CV-01564-JAD-VCF<br><br>**STIPULATION AND ORDER TO STAY MATTER**<br>**(ECF NO. 79 AND ECF. NO 109; and ECF NO. 103 AND 104)** |
| MICHELLE LACOUR,<br><br>　　　　Counterclaimant,<br><br>　v.<br><br>TSAI-LU SHEN,<br><br>　　　　Counterclaim Defendant, | |
| MICHELLE LACOUR,<br><br>　　　　Third-Party Plaintiff,<br><br>　v.<br><br>JAYSON BAYBUTT and PUBCO REPORTING SOLUTIONS, INC.,<br><br>　　　　Third-Party Defendants. | |

　　　Pursuant to Local Rule 7-1, Plaintiff/Counterclaim Defendant, Tsai-Lu Shen's, ("Shen"), Defendant/Counterclaimant Michelle LaCour's ("Defendant" or "LaCour"), and Third-Party Defendants Jason Baybutt and Pubco Reporting Solutions (collectively, "Third

Party Defendants") by and through their counsel of record, hereby stipulate and agree as follows:

1. That the parties are engaged in settlement negotiations to resolve the above-captioned matter and believe it would promote settlement for the matter to be stayed sixty (60) days to allow for completion of the settlement terms and at that time it is anticipated the parties will submit a Stipulation and Order to Dismiss.

2. Currently, Plaintiff's deadline to file his response to the remaining Counterclaims is March 16, 2021. Third-Party Defendants' responsive pleading is due April 15, 2021, and thereafter it was anticipated that a new 26(f) conference would occur and thereafter a new Joint Stipulated Discovery Plan and Scheduling Order would be submitted based on the addition of the new parties.

3. There is currently no trial or hearings scheduled in this matter.

Respectfully submitted by:

| Dated: March 15, 2021 | Dated: March 15, 2021 |
|---|---|
| */s/ Kimberly P. Stein*<br>KIMBERLY P. STEIN, ESQ.<br>Nevada Bar No. 8675<br>FLANGAS DALACAS LAW GROUP<br>3275 S. Jones Blvd., Suite 105<br>Las Vegas, NV 89146<br>*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen* | /s/John H. Jamnback<br>JOHN K. GALLAGHER ESQ.<br>Nevada Bar No. 956<br>S. TIMOTHY SUMMERS, ESQ.<br>Nevada Bar No. 12285<br>PATRICK H. GALLAGHER, ESQ.<br>Nevada Bar No. 14875<br>GUILD, GALLAGHER, FULLER, LTD.<br>100 W. Liberty St., Ste. 800<br>Reno, Nevada 89501<br>JOHN H. JAMNBACK, ESQ.<br>Washington State Bar No. 29872<br>(*pro hac vice approved*)<br>YARMUTH LLP<br>1420 Fifth Ave., Suite 1400<br>Seattle, WA 98101<br>*Attorneys for Defendant Michelle LaCour* |

Dated: March 15, 2021

/s/Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5412
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
WRIGHT NOEL, ESQ.
Washington State Bar No. 25264
(*pro hac vice approved*)
CARSON-NOEL PLLC
20 Sixth Avenue, NE
Issaquah, WA 98027
*Attorneys for Third Party Defendants*
*Jason Baybutt and Pubco Reporting Solutions*

## ORDER

**IT IS HEREBY ORDERED** that this matter is stayed for sixty (60) days and that all current deadlines are extended until expiration of the stay.

Dated this 18th day of March, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**