KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
kps@fdlawlv.com
FLANGAS DALACAS LAW GROUP
3275 South Jones Boulevard, Suite 105
Las Vegas, NV 89146
Telephone: (702) 307-9500
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TSAI-LU SHEN, an individual, | Case No: 2:19-CV-01564-JAD-VCF |
| Plaintiff, | **STIPULATION AND ORDER TO DISMISS** |
| v. | |
| MICHELLE LACOUR, an individual; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | ECF No. 116 |
| MICHELLE LACOUR, | |
| Counterclaimant, | |
| v. | |
| TSAI-LU SHEN, | |
| Counterclaim Defendant, | |
| MICHELLE LACOUR, | |
| Third-Party Plaintiff, | |
| v. | |
| JAYSON BAYBUTT and PUBCO REPORTING SOLUTIONS, INC., | |
| Third-Party Defendants. | |

IT IS HEREBY AGREED AND STIPULATED, by the Parties hereto that the above-entitled matter be dismissed with prejudice, each party to bear its own costs and

attorney's fees.

There is currently no trial or hearings scheduled in this matter.

Respectfully submitted by:

Dated: April 19, 2021

/s/ Kimberly P. Stein
KIMBERLY P. STEIN, ESQ.
Nevada Bar No. 8675
FLANGAS DALACAS LAW GROUP
3275 S. Jones Blvd., Suite 105
Las Vegas, NV 89146
*Attorneys for Plaintiff/Counterclaim Defendant Tsai-Lu Shen*

Dated: April 19, 2021

/s/John K. Gallagher
JOHN K. GALLAGHER ESQ.
Nevada Bar No. 956
S. TIMOTHY SUMMERS, ESQ.
Nevada Bar No. 12285
PATRICK H. GALLAGHER, ESQ.
Nevada Bar No. 14875
GUILD, GALLAGHER, FULLER, LTD.
100 W. Liberty St., Ste. 800
Reno, Nevada 89501
JOHN H. JAMNBACK, ESQ.
Washington State Bar No. 29872
(*pro hac vice approved*)
YARMUTH LLP
1420 Fifth Ave., Suite 1400
Seattle, WA 98101
*Attorneys for Defendant Michelle LaCour*

Dated: April 19, 2021

/s/Michael E. Sullivan
MICHAEL E. SULLIVAN, ESQ.
Nevada Bar No. 5412
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, NV 89503
WRIGHT NOEL, ESQ.
Washington State Bar No. 25264
(*pro hac vice approved*)
CARSON-NOEL PLLC
20 Sixth Avenue, NE
Issaquah, WA 98027
*Attorneys for Third Party Defendants Jason Baybutt and Pubco Reporting Solutions*

## ORDER

Based on the parties' stipulation **[ECF No. 116]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 20, 2021